Mary E. Peters, as Administratrix of Rody Peters, Deceased, Respondent, v. The United States Industrial Insurance Company, Appellant.

*Peters v. United States Ind. Ins. Co.,* 10 App. Div. 533, affirmed. (Argued October 26, 1897; decided November 23, 1897.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 14, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Isaac M. Kapper* for respondent.

Judgment and order affirmed on opinion below, with costs. All concur.

---

Joseph Lagace, by Guardian ad Litem, Respondent, v. Troy Waste Manufacturing Company, Appellant.

*Lagace v. Troy Waste Mfg. Co.,* 11 App. Div. 632, affirmed. (Argued October 26, 1897; decided November 23, 1897.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 5, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward W. Douglas* for appellant.

*Mark Cohn* for respondent.

Judgment affirmed, with costs; no opinion. All concur.